No. 89–1537.   SOLOMON v. HILL ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–5985.   DIERBECK v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 89–6205.   MORTON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–6274.   OLSEN v. DRUG ENFORCEMENT ADMINISTRATION.   C. A. D. C. Cir.   Certiorari denied.

No. 89–6303.   PAIGE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–6313.   CHAPOTEAU ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–6426.   CARTIER v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 89–6512.   DUPREY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–6523.   EATON v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 89–6546.   BUZARD ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–6760.   JAYME v. BOARD OF VETERANS APPEALS ET AL. C. A. 3d Cir.   Certiorari denied.

No. 89–6777.   BELL v. SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 89–6801.   CRANE v. TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 89–6804.   SCHAENING v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 89–6819.   MENEFIELD v. ROWLAND ET AL.   C. A. 9th Cir. Certiorari denied.